**Fill in this information to identify the case:**

Debtor name: Magellan E & P Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 21-31087

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Creditor's name**<br>Boniface Madubunyi<br><br>**Creditor's mailing address**<br>1100 Uptown Park Blvd<br>Houston, TX 77056-3280<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 10/24/2008<br>**Last 4 digits of account number** 1 2 0 3<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>State of Texas Lease No. M104848 -- North 1/2 of 926-S, GOM, Kleberg/Nueces County<br><br>**Describe the lien**<br>Money lent<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes.<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113,600,000.00 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                $113,600,000.00

Debtor    Magellan E & P Holdings, Inc.    Case number *(if known)*21-31087
    Name

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line | |