

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/25/2021

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31087 |
| | § | |
| MAGELLAN E & P HOLDINGS, INC., | § § § | |
| | § | |
| Debtor. | § | CHAPTER 7 |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE IN THE POSSESSION OF J.P. MORGAN AMES MATTISON, RECEIVER

On this day, came on to be considered the Chapter 7 Trustee's Motion for Turnover of Property of the Estate in the Possession of J.P. Morgan Chase Bank ("Motion") (ECF No. 38). After considering the pleadings on file, and evidence and arguments of counsel, the Court finds that the Motion should be Granted. It is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that J.P. MORGAN CHASE BANK ("Bank"), shall give an accounting to the Chapter 7 Trustee of all Debtor funds Bank's possession on March 30, 2021 and thereafter; it is further

**ORDERED** that Bank turnover to the Trustee all property of the Debtor in Bank's possession, including the value of any property of the Debtor as of March 30, 2021 but no longer in the Bank's possession, within 10 days of this Order but leaving $1,000 in each Debtor bank account at Chase until further request for turnover from the Trustee; and it is further

**ORDERED** that all further relief is denied without prejudice to the Chapter 7 Trustee seeking an attorney fee award by separate motion.

Signed: May 25, 2021

Jeffrey P. Norman
United States Bankruptcy Judge